```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                    CASE NO. 05 B 13748

   CLYDE MOORE

                                 CHAPTER 13

                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1673

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 04/12/2005 and was confirmed 06/16/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.40%.

   The case was dismissed after confirmation 08/09/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | 5300.00 | 360.43 | 2054.89 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2317.94 | .00 | .00 |
| COUNTRYWIDE HOME LOANS ^ | CURRENT MORTG | 23209.20 | .00 | 23209.20 |
| COUNTRYWIDE HOME LOANS ^ | MORTGAGE ARRE | 23441.75 | .00 | 10058.19 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 564.22 | .00 | .00 |
| NICOR GAS | UNSECURED | 669.06 | .00 | .00 |
| STATE FARM INSURANCE | FILED LATE | 8755.47 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 396.64 | .00 | .00 |
| THOMAS HOLSTEIN | DEBTOR ATTY | 1,435.20 | | 1,435.20 |
| TOM VAUGHN | TRUSTEE | | | 1,912.09 |
| DEBTOR REFUND | REFUND | | | .00 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 39,030.00 | |
| PRIORITY | | .00 |
| SECURED | | 35,322.28 |
|    INTEREST | | 360.43 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,435.20 |
| TRUSTEE COMPENSATION | | 1,912.09 |
| DEBTOR REFUND | | .00 |
| TOTALS | 39,030.00 | 39,030.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 13748 CLYDE MOORE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/05/07                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE